UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Travis Widner,                                    File No. 21-cv-2639 (ECT/BRT)

    Plaintiff,

v.                                                **ORDER**

Kohl's, Inc.,

    Defendant.

---

Plaintiff Travis Widner and Defendant Kohl's, Inc., have filed a stipulation seeking dismissal with prejudice of all claims in this action. ECF No. 14. The parties ask that the action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. *Id*. The stipulation is signed by all parties in the action. The dismissal is thus effective as of right. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, based on all the files, records, and proceedings herein, **IT IS ORDERED** that the action is **DISMISSED** with prejudice and without an award of attorneys' fees or costs to any party.

Dated: March 10, 2022        s/ Eric C. Tostrud
                                          Eric C. Tostrud
                                          United States District Court